371 A.2d 1290
COMMONWEALTH of Pennsylvania
v.
Joseph HOLMES, Appellant.

Supreme Court of Pennsylvania.

Argued Jan. 21, 1977.

Decided April 28, 1977.

Gilbert E. Toll, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Ian M. Comisky, Philadelphia, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM:

Judgment of sentence affirmed.

JONES, former C. J., and NIX, J., took no part in the consideration or decision of this case.